UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                          CASE NO: 2:13-cr-136-FtM-38DNF

SAMANTHA ROIZ

## ORDER

This matter comes before the Court on Motion to Disqualify Counsel (Doc. #32) filed on June 5, 2014.  On June 17, 2014, the Court held a hearing on the Motion filed by the Defendant.  Yolande Viacava, Assistant United States Attorney, appeared on behalf of the Government.  Defendant Samantha Roiz was transported for the purposes of the hearing and was present.  Defense Counsel, David Brener, did not appear.  The Court attempted to contact him via telephone and was informed that he was again out of town.  The Court notes that the hearing was scheduled and rescheduled to accommodate Mr. Brener's travel calendar.  There was no motion filed to reschedule this hearing and the Court was not notified of his potential absence.

During the hearing, the Court reviewed the status of the case and inquired with Defendant as to the issues raised in the motion.  Defendant indicated a breakdown in communication exists between herself and Counsel David Brener.  After considering the issues raised in the motion and the testimony of Defendant during the hearing, the Court finds that David Brener should be removed as Counsel of record.  CJA Counsel will be appointed to assist the Defendant for sentencing purposes.

Accordingly, it is now

**ORDERED:**

The Motion to Disqualify Counsel (Doc. 32) is **GRANTED**. David Brener, CJA Counsel shall be removed as Counsel of record for the Defendant. The Clerk is directed to appoint CJA Counsel for sentencing purposes. Newly appointed CJA Counsel shall obtain discovery materials from David Brener.

**DONE AND ORDERED** at Fort Myers, Florida, this June 17, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record