UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:13-cr-136-FtM-38DNF

SAMANTHA ROIZ

### ORDER[1]

This matter comes before the Court on the Defendant Samantha Roiz' Motion for Miscellaneous Relief (Doc. #52) filed on June 24, 2015.  The Defendant Roiz moves the Court for concurrent sentencing so that her federal sentence will run concurrently with her state court sentence.  Contrary to Roiz' Motion, she was given a concurrent sentence by this Court. (Doc. #49).  As such, her Motion is moot.

Furthermore, Roiz is still represented by Attorney Anthony Borras.  Attorney Borras never filed a withdrawal from the case and therefore, he is still counsel in this case.  Parties that are represented by counsel must file their motions, pleadings, documents with the Court through counsel.  Because, Roiz is still represented by counsel she is cautioned that she is not to file Motions with this Court.  In the future, any motions filed *pro se* will be stricken.

Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

**ORDERED:**

The Defendant Samantha Roiz' Motion for Miscellaneous Relief ([Doc. #52](Doc. #52)) is **DENIED AS MOOT**.

**DONE AND ORDERED** at Fort Myers, Florida, this 1st day of July, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record